IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**CRAIG STEVEN CALDWELL,**

       Petitioner,

    v.                                    No. 3:08-cv-1167-AC

**SHARON BLACKETTER,**

                                          ORDER

       Respondent.

Thomas J. Hester
Assistant Federal Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
       Attorney for Petitioner

John R. Kroger
Attorney General
Lynn David Larsen
Assistant Attorney General
1162 Court Street NE
Salem, Oregon 97301
       Attorneys for Respondent

**SIMON, District Judge.**

       On December February 28, 2012, Magistrate Judge John Acosta filed Findings and

Recommendations in this case. Dkt. 45. Judge Acosta recommended that the Petition for Writ of

Order, Page 1

Habeas Corpus be denied and a judgment of dismissal entered. Magistrate Judge Acosta also recommended that a certificate of appealability be denied. No objections have been filed.

Under the Federal Magistrates Act, the court may "accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party files objections to a magistrate's findings and recommendations, "the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

If, however, no objections are filed, the Magistrates Act does not prescribe any standard of review. In such cases, "[t]here is no indication that Congress, in enacting [the Magistrates Act] intended to require a district judge to review a magistrate's report[.]" *Thomas v. Arn,* 474 U.S. 140, 152 (1985); *see also United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (court must review *de novo* magistrate's findings and recommendations if objection is made, "but not otherwise").

Although in the absence of objections no review is required, the Magistrates Act "does not preclude further review by the district judge[] *sua sponte* . . . under a *de novo* or any other standard." *Thomas,* 474 U.S. at 154. Indeed, the Advisory Committee Notes to Rule 72(b) of the Federal Rules of Civil Procedure recommend that "[w]hen no timely objection is filed," the court review the magistrate's findings and recommendations for "clear error on the face of the record."

No objections having been made, the court follows the recommendation of the Advisory Committee and reviews Magistrate Judge Acosta's findings and recommendations for clear error on the face of the record. No such error is apparent. Accordingly, the court ADOPTS Magistrate Judge Acosta's Findings and Recommendation. Dkt. 45. This case is dismissed with prejudice.

Order, Page 2

The court declines to issue a Certificate of Appealability on the ground that Petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

    IT IS SO ORDERED.

    Dated this 26th day of March, 2012.

                                      /s/ Michael H. Simon

                                          Michael H. Simon
                                   United States District Judge